# EXHIBIT 7 – DTI Invoices

<span style="color:red">FILED UNDER SEAL</span>